IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

TERRANCE EDWARDS,

               Plaintiff,                                ORDER

      v.                                           08-cv-352-bbc

MICHAEL THURMER, Warden,
JEREMY STANIEC, JOE BEAHM,
TRAVIS CAUL, J. HAWKINS, Sgt.
ERIC KRUEGER, and
BRIAN GREFF, Lt.

               Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

In an order entered on July 29, 2008, before screening plaintiff's complaint, I granted his request to add three defendants to his complaint, Dodge County, State of Wisconsin and Lt. Brian Greff. Now plaintiff has filed another motion to amend his complaint in which he repeats his request to add the same three defendants. It appears that plaintiff's latest motion crossed in the mail with the July 29 order. It will be denied as moot.

ORDER

IT IS ORDERED that

1. Petitioner Terrance Edwards's motion to amend his complaint (dkt. #9) is

DENIED as moot.

Entered this 18th day of August, 2008.

BY THE COURT:

/s/
_____
BARBARA B. CRABB
District Judge

2