IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

TERRANCE EDWARDS,

          Plaintiff,                                     ORDER

v.

                                                             08-cv-352-bbc

MICHAEL THURMER, JEREMY STANIEC,
JOE BEAHM, TRAVIS CAUL, ERIC KRUEGER,
J. HAWKINS and LT. BRIAN GREFF,

          Defendants.
_____

      Plaintiff claims that defendants violated his Eighth Amendment rights by using excessive force while restraining him on April 19, 2008. Now before the court is defendant's motion to compel plaintiff to sign a medical release for his records concerning his physical condition from March 19, 2008 to the present . Plaintiff responded to the motion saying that did not sign the medical authorization form because he has already provided defendant's attorney the medical records for the relevant period of time. I will deny defendant's motion to compel the authorized release of medical records as moot because plaintiff asserts the records have been provided. However, if defendant's counsel believes that he has not received the necessary medical records, he can address his concerns to the plaintiff or this court.

ORDER

      IT IS ORDERED that defendant's motion to compel plaintiff to sign the authorization

for the release of his relevant medical records is DENIED as moot.

    Entered this 8th day of February, 2009.

                              BY THE COURT:

                              /s/

                              _____
                              STEPHEN L. CROCKER
                              Magistrate Judge