IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TERRANCE EDWARDS,

        Plaintiff,                                                          ORDER

    v.

                                                                             08-cv-352-bbc

MICHAEL THURMER, JEREMY STANIEC,
JOE BEAHM, TRAVIS CAUL, ERIC KRUEGER,
J. HAWKINS and LT. BRIAN GREFF,

        Defendants.

---

      Plaintiff claims that defendants violated his Eighth Amendment rights by using excessive force while restraining him on April 19, 2008. On February 8, 2009, I denied defendant's motion to compel the authorized release of medical records as moot because plaintiff asserts the records have been provided. Defendants now move reconsideration. They state that they do not know if the records provided to them by plaintiff are authentic or complete. Plaintiff has not responded to defendants' motion for reconsideration. Therefore, I will grant defendants' motion for reconsideration and compel plaintiff to sign the authorization for the release of his medical records.

ORDER

      IT IS ORDERED that defendant's motion for reconsideration, dkt. #35, is GRANTED and plaintiff shall sign the authorization and return it to defendants no later no later than

March 9, 2009.

Entered this 22nd day of February, 2009.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge