IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

TERRANCE EDWARDS,

                Plaintiff,                              ORDER

        v.                                             08-cv-352-bbc

JEREMY STANIEC, JOE BEAHM,
TRAVIS CAUL, J. HAWKINS, Sgt.
ERIC KRUEGER, and
BRIAN GREFF, Lt.

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

On March 13, 2000, plaintiff submitted a motion to compel authentication of his medical records, dkt. #52, and, later, a motion to withdraw that motion to compel, dkt. #53. In response to his request, I will grant plaintiff's motion to withdraw the motion to compel.

ORDER

IT IS ORDERED that plaintiff's motion to withdraw his motion to compel, dkt. #53,

is GRANTED and the motion to compel, dkt. #52, is therefore DENIED as moot.

Entered this 15th day of April, 2009.

>BY THE COURT:
>
>/s/
>
>_____
>BARBARA B. CRABB
>District Judge