IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

TERRANCE EDWARDS,

                Plaintiff,                         MEMORANDUM

    v.                                           08-cv-352-bbc

JEREMY STANIEC, JOE BEAHM,
TRAVIS CAUL, J. HAWKINS, Sgt.
ERIC KRUEGER, and
BRIAN GREFF, Lt.

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

This case is currently under advisement on defendants' motion for summary judgment, dkt. #40. Now, however, it has come to the court's attention that the materials plaintiff submitted in response to defendants' summary judgment motion have not been signed as required by the Federal Rules of Civil Procedure. Under Rule 11(a), every pleading, motion and other paper filed with the court must be signed by the party if that party is not represented by counsel. "The court must strike an unsigned paper unless the omission is promptly corrected after being called to the attorney's or party's attention." Fed. R. Civ. P. 11(a). Therefore, I am returning to plaintiff the signature pages for his brief in opposition, dkt. #54; response to proposed findings of fact, dkt. #55; proposed findings of fact, dkt. #56; and

supplement to proposed findings of fact, dkt. #62.  So that plaintiff may easily identify the documents he must sign, I am attaching to each signature page a copy of the first page of the submission containing the case caption and title of the document.  Plaintiff has until May 4, 2009, in which to sign and return the documents to this court.  Failure to do so will result in the document's being stricken in accordance with Rule 11(a).

Entered this 24th day of April, 2009.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge

2