# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

TERRANCE EDWARDS,

        Plaintiff,

   v.

JEREMY STANIEC, JOE BEAHM,
TRAVIS CAUL, J. HAWKINS, Sgt.
ERIC KRUEGER, and
BRIAN GREFF, Lt.,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No.: 08-cv-352-bbc

---

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against defendants with prejudice.

PETER OPPENEER
_____
**Peter Oppeneer, Clerk**

/s/ M. Hardin

**by Deputy Clerk**

_____5/12/09_____
Date