# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

TERRANCE EDWARDS,

    Plaintiff,

v.

JEREMY STANIEC, JOE BEAHM,
TRAVIS CAUL, J. HAWKINS, Sgt.
and ERIC KRUEGER,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No.: 08-cv-352-bbc

---

This action came before the court and a jury with U. S. District Judge Barbara B. Crabb presiding. The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED AND ADJUDGED** that judgment is entered dismissing this case against all defendants with prejudice.

Approved as to form this 13th day of August, 2009.

_Barbara B Crabb_
Barbara B. Crabb, District Judge

_Peter Oppeneer_
Peter Oppeneer, Clerk of Court

August 13, 2009
Date