IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

TERRANCE EDWARDS,

                Plaintiff,                            ORDER

      v.                                        08-cv-352-bbc

JEREMY STANIEC, JOE BEAHM,
TRAVIS CAUL, JOHNATHAN
HAWKINS, and ERIC KRUEGER.

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

       On September 17, 2009, I denied plaintiff's request to proceed in forma pauperis on that appeal. However, I neglected to address his request that trial transcripts be prepared at government expense. Because plaintiff has not been allowed to proceed in forma pauperis on appeal, his request for the preparation of transcripts at government expense must be denied pursuant to 28 U.S.C. § 753(f). If the court of appeals disagrees with this court's decision denying plaintiff leave to proceed in forma pauperis on appeal, he may renew his motion for the preparation of transcripts at government expense.

1

ORDER

IT IS ORDERED that plaintiff's request that trial transcripts be prepared at government expense, dkt. #129, is DENIED.

Entered this 17th day of September, 2009.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge

2