IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

TERRANCE EDWARDS,

            Plaintiff,                      ORDER

      v.                               08-cv-352-bbc

JEREMY STANIEC, JOE BEAHM,
TRAVIS CAUL, JOHNATHAN
HAWKINS, and ERIC KRUEGER.

            Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      On September 17, 2009, I denied plaintiff's request for preparation of trial transcripts at government expense because I had concluded in an earlier order that plaintiff did not qualify for leave to proceed in forma pauperis on appeal given his three strike status under 28 U.S.C. § 1915(g). However, because the Court of Appeals for the Seventh Circuit has subsequently ruled that this court erred in denying plaintiff leave to proceed in forma pauperis on appeal, I will grant plaintiff's renewed request for preparation of trial transcripts at government expense pursuant to 28 U.S.C. § 753(f).

      Accordingly, IT IS ORDERED that a transcript of the proceedings in the trial of this case be prepared and furnished to plaintiff, with the fees therefor to be paid by the United

1

States, pursuant to 28 U.S.C. §753(f).[1]

Entered this 24th day of February, 2010.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge

---

[1] Opening and closing statements, and the jury selection process are not ordinarily included as a part of the trial transcript unless the appellant makes a showing that these aspects of the trial are subject to legally meritorious attack on appeal. Plaintiff has made no such showing in this case. Nor will the trial transcript include jury instructions, since a printed copy of the instructions already exist in the court's record.